IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

APR 1 0 2023

BONNIE HACKLER
Clerk, U.S. District Court
By ____________
Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

v.

COKER DEAN BARKER,

Defendant.

Case No. 21-CR-175-JFH

## VERDICT FORM

We the Jury, duly empaneled in the above case, find the following as to Defendant Coker Dean Barker:

**Count One of the Indictment**
**First Degree Murder in Indian Country**
**18 U.S.C. §§ 1111(a), 1151, 1153, & 2**

(a) First Degree Murder

Not Guilty ____________ Guilty ✓

*If you found the Defendant guilty of First Degree Murder, skip (b) and proceed to deliberate on Count Two. If you found the Defendant not guilty of First Degree Murder or you cannot unanimously agree on a verdict, proceed to (b).*

(b) Lesser Included Offense – Second Degree Murder

Not Guilty ____________ Guilty ____________

*If you found the Defendant guilty of Second Degree Murder, proceed to deliberate on Count Two. If you found the Defendant not guilty of Second Degree Murder, you must find the Defendant not guilty of Count Two.*

**Count Two of the Indictment**
**Use, Carry, Brandish, and Discharge of a Firearm**
**During and In Relation to a Crime of Violence**
**18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii) & 2**

Not Guilty ___________ Guilty ✓

*If you found the Defendant guilty of Count Two, please answer the special interrogatory below. If you found the Defendant not guilty of Count Two, do not answer the special interrogatory below.*

**Special Interrogatory**

Having found the Defendant guilty of Count Two, we further find with respect to this count that the firearm was:

Carried ✓

Used ✓

Brandished ✓

Discharged ✓

*If you found the Defendant guilty of Count Two, proceed to deliberate on Count Three. If you found the Defendant not guilty of Count Two, you must find the Defendant not guilty of Count Three.*

**Count Three of the Indictment**
**Causing the Death of a Person**
**In the Course of a Violation of Title 18 U.S.C. § 924(c)**
**18 U.S.C. §§ 924(j)(1) & 2**

Not Guilty ___________ Guilty ✓

4-10-23
DATE

[redacted]
FO[redacted]